IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.13.121.15

**ISP:** Comcast Cable
**Physical Location:** Malvern, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/16/2018 17:29:55 | EE0FE17C4BC6142DADE86A0F45C94D0709A47710 | Party Of Three |
| 10/03/2017 16:58:54 | 99DAF82C019B916B2AE22E2FF1CC648171E920D8 | Triple Blonde Fantasy |
| 03/13/2017 17:05:08 | 5A9892733B563AA0E733F58749BDD9C6AE60B6E1 | Green Eyes |
| 09/27/2016 15:29:17 | 0EB405DAA2ACC480CA291941DB0778ABD7AB3042 | Caprice Swaps Cocks |
| 08/08/2016 17:15:49 | 9F0E696E4473C69D67102D99C32D01B8C4B7756F | Hungry For Your Love |

**Total Statutory Claims Against Defendant: 5**