UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 2:18-cv-03145-TJS |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP Address 73.13.121.15, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 73.13.121.15. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 22, 2018                      Respectfully submitted,

                                             FIORE & BARBER, LLC

By:   /s/ *Christopher P. Fiore*
      Christopher P. Fiore, Esquire
      418 Main Street, Suite 100
      Harleysville, PA 19438
      Tel: (215) 256-0205
      Fax: (215) 256-9205
      Email: cfiore@fiorebarber.com
      PA Attorney ID: 83018
      **ATTORNEYS FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>*Christopher P. Fiore*</u>
